### Raleigh Adolph BELLAMY, Plaintiff–Appellant,

v.

### FORD MOTOR COMPANY; Nationwide Insurance Company, Defendants–Appellees.

### No. 08–1273.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 4, 2008.

Raleigh Adolph Bellamy, Appellant Pro Se. Addie K.S. Ries, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP, Raleigh, North Carolina; W. Lewis Smith, Jr., Robinson, Elliott & Smith, Charlotte, North Carolina, for Appellees.

* The opinion is filed by a quorum pursuant to

Before NIEMEYER and TRAXLER, Circuit Judges.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raleigh Bellamy appeals the district court's order dismissing his complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bellamy v. Ford Motor Company,* No. 3:07–cv–00287–FDW–DCK, 2008 WL 346412 (W.D.N.C. Feb. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*